# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: **Timothy E. Reliford** | ) | Case No.:**19-83103-CRJ-13** |
| xxx-xx-5540 | ) | |
| | ) | |
| Debtor. | ) | |

## MOTION FOR APPROVAL OF SETTLEMENT

COMES NOW Timothy E. Reliford, the above captioned Debtor, by and through his undersigned attorney, Ronald C. Sykstus, and respectfully represents:

1. On February 13, 2020, Applications were approved to employ Ronald C. Sykstus, and David J. Philipps of Philipps and Philipps, ltd. as special litigation counsel to pursue a Fair Debt Collection Practices Act ("FDCPA") claim for the debtor.

2. The Parties to the claim/lawsuit have reached a settlement with the Defendants in which all issues in the claim will be resolved. Special Litigation Counsel recommends to the Court that the settlement be approved.

3. The proceeds of the settlement will be distributed as follows:

    a. To the Debtor, Timothy E. Reliford the sum of $1,500.00[1] pursuant to his claim of exemptions;

---

[1] The maximum under the FDCPA for statutory damages is $1000. To account for the entire settlement amount, including attorneys' fees, being taxed to the debtor, counsel agreed to allocate $500 dollars of their fees to the debtor to offset the resulting tax liabilities. The attorneys' fees set out in this motion do not include the $500 that is proposed to go to the debtor.

b. To Ronald C. Sykstus for fees the sum of $1,020.00 pursuant to the fee shifting provisions of the FDCPA;

c. To David J. Philipps for fees the sum of $2,380.00 pursuant to the fee shifting provisions of the FDCPA;

d. To David J. Philipps for expenses in the amount of $550.00, which is comprised of:

   a. $400 for the filing fee for the complaint, and

   b. $150 for pro hac admission to the U.S. District Court for the Northern District of Alabama for David J. Philipps and his law partner, Mary Philipps.

4. As a separate pleading, Special Litigation Counsel have filed Motions for Approval of Attorney's Fees, which requests their attorney's fees and expenses described above be approved and paid out of the amount received from the Defendants.

WHEREFORE, the Debtor, by and through his undersigned Special Litigation Counsel, requests that this Court approve the settlement of the pending claim under the terms set forth above.

Respectfully submitted this 15th day of April, 2020.

*/s/Ronald C. Sykstus,* Esq.
Plaintiff's Attorney

# CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing upon the persons or entities set forth below:

Defendants:
Midland Credit Management, Inc.
c/o Chase T. Espy
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642

Plaintiff/Debtor
Timothy Reliford
831 Morrow Mtn. Road
Somerville, AL 35670

Richard Blythe, Esq.
Bankruptcy Administrator
U.S. Courthouse and Post Office
400 Wells Street
Decatur, AL 35602

Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL  35602

and all persons and entities listed on the clerk's mailing matrix by depositing same in the United States mail, postage prepaid, this 15th day of April, 2020.

                */s/Ronald C. Sykstus*